**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6479**

———————

ROBERT PRICE,

        Plaintiff - Appellant,

    v.

ALLEN NORMAN, Sheriff of Cleveland County, in his individual capacity and official capacity; COUNTY OF CLEVELAND, NORTH CAROLINA, Municipality, in its official capacity; SOUTHERN HEALTH PARTNERS, INC., Municipality contracted medical provider, in its individual capacity and official capacity; ATRIUM HEALTH CARE, Private medical care provider, in its individual capacity and official capacity; SHEA, Head Nurse Southern Health Partners, in their individual capacity and official capacity; ASHLEY J. WILLIAMS, Nurse Practitioner, Atrium Health Care, in her individual capacity and official capacity,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:23-cv-00012-MR)

———————

Submitted: July 25, 2023                                      Decided: July 28, 2023

———————

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Price, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Robert Price appeals the district court's order dismissing his civil action for failure to state a claim and failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Price v. Norman*, No. 1:23-cv-00012-MR (W.D.N.C. May 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*